IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH HOOD,                                                                                     PLAINTIFF
ADC #167403

v.                               4:18CV00742-JM-JTK

EWING, et al.                                                             DEFENDANTS

## **ORDER**

The Court finds that the interests of justice are best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendants are located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Texarkana Division, United States Courthouse and Post Office, 500 North State Line Ave., Room 302, Texarkana, AR 71854-5961.

IT IS SO ORDERED this 11th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.